# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-81 JVB |
| SHERECE MOORE | |

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate Judge on a plea of guilty by Defendant Sherece Moore (DE 9) filed on July 5, 2016. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Sherece Moore, and **FINDS** the Defendant guilty of the offense charged in Count 1 of the information.

SO ORDERED on July 26, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge